UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| HEALTHEDGE SOFTWARE, INC., | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | |
| | * | Civil Action No. 19-cv-11020-ADB |
| SHARP HEALTH PLAN, | * | |
| | * | |
| Defendant. | * | |
| | * | |
| | * | |
| | * | |

## <u>SCHEDULING ORDER</u>

BURROUGHS, D.J.

This Scheduling Order is intended to provide a reasonable timetable for discovery to help ensure a fair and just resolution of this matter without undue expense or delay.  With the agreement of the parties and pursuant to Rule 16(b) of the Federal Rules of Civil Procedure and Local Rule 16.1(f), it is hereby ORDERED as follows.

1.      Initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1) shall be served by <u>October 19, 2020</u>.

2.      All motions to join parties or amend pleadings shall be filed by <u>March 1, 2021</u>.

3.      All fact discovery, including non-expert depositions, shall be completed by <u>August 1, 2021</u>.

4.      The parties shall appear for a status conference before the Court on <u>August 4, 2021 at 10:00 a.m.</u> in Courtroom 17.

2

5.      Expert disclosures and reports pursuant to Fed. R. Civ. P. 26(a)(2) shall be served

by September 1, 2021.

6.      Expert rebuttal reports shall be served by October 1, 2021.

7.      All expert depositions shall be completed by December 15, 2021.

8.      All dispositive motions shall be filed by January 15, 2022.  The deadlines for

filings of oppositions and replies shall be governed by Local Rule 56.1.

**SO ORDERED.**

September 30, 2020                                          /s/ Allison D. Burroughs
                                                           ALLISON D. BURROUGHS
                                                           U.S. DISTRICT JUDGE